UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| DAVIDSON, SUZETTE | § Case No. 09-01777 |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/30/2010 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/20/2010     By:   /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps                 Page 1 of 2                  Date Rcvd: Oct 21, 2010
Case: 09-01777                Form ID: pdf006             Total Noticed: 57
```

The following entities were noticed by first class mail on Oct 23, 2010.
```
db         +Suzette Davidson,    7154 S. Francisco,   Chicago, IL 60629-3036
aty        +Christina M Riepel,    Gregory K. Stern, P.C.,    53 West Jackson Blvd,    Suite 1442,
             Chicago, IL 60604-3536
aty        +Debra J Vorhies Levine,    Law Offices of Debra V Levine,    53 W Jackson Boulevard,    Suite 1001,
             Chicago, IL 60604-3646
aty        +Gregory K Stern,   Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
             Chicago, IL 60604-3536
aty        +James Hausler,    Gregory K Stern PC,    53 W Jackson Blvd Suite 1442,    Chicago, IL 60604-3536
aty        +Monica C O'Brien,    Gregory K. Stern, P.C.,    53 W Jackson Blvd Ste 1442,
             Chicago, IL 60604-3536
tr         +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
13074715   +Action/Utb,    Pob 105555,   Atlanta, GA 30348-5555
14399476    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13074716   +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
13074717    Ashleystewar,    Po Box 182273,    Northglenn, CO 80233
13074744  ++CHASE CARD SERVICES,     201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Providian Financial,    Po Box 9180,    Pleasanton, CA 94566)
13074719   +Cap One,   Po Box 85520,    Richmond, VA 23285-5520
13074718   +Cap One,   Pob 30281,    Salt Lake City, UT 84130-0281
13074721    Chase,   Bank One Card Serv,    Westerville, OH 43081
13074722   +Chgo Pm Cu,    1359 W. Washington,    Chicago, IL 60607-1905
13074723   +Chgopatrl Cu,    1359 W Washington,    Chicago, IL 60607-1905
14636770   +Chicago Patrolmen's Federal Credit Union,    1407 W.Washington Blvd.,    Chicago, IL 60607-1820
13074724   +Chicago Patrolmans Fcu,    1359 W Washington Blvd,    Chicago, IL 60607-1905
13074725   +Cit Bank/Dfs,    One Dell Way,   Round Rock, TX 78682-7000
13074726   +Citi-Shell,    Po Box 6497,    Sioux Falls, SD 57117-6497
13074727    Dsnb Macys,    3039 Cornwallis Rd,    Durham, NC 27709
13074729   +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
13074732   +Harris & Harris Ltd,    600 W Jackson Blvd Ste 4,    Chicago, IL 60661-5675
13074735   +Hsbc Bank,    Po Box 19360,    Portland, OR 97280-0360
13074734   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13074736   +Hsbc/Carsn,    Pob 15521,    Wilmington, DE 19850-5521
13074737   +Hsbc/Harlm,    2700 Sanders Rd,    Prospect Heights, IL 60070-2701
13074738   +Hsbc/Rs,   90 Christiana Rd,    New Castle, DE 19720-3118
13074740   +Lane Bryant,    Po Box 182121,    Columbus, OH 43218-2121
13074739   +Lane Bryant,    450 Winks Lane,    Bensalem, PA 19020-5932
13074741    Newport News,    Po Box 659705,    Columbus, OH 43218
14351894   +PYOD LLC its successors and assigns,    c/o Resurgent Capital Services,    Po Box 19008,
             Greenville, SC 29602-9008
13074742   +Peoples Engy,    130 E Randolph,    Chicago, IL 60601-6302
13074743   +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6302
14309319    SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,    FIRST EXPRESS,    PO BOX 856132,
             LOUISVILLE, KY  40285-6132
13074745   +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
13074746   +Sallie Mae Servicing,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
13074747   +Sears/Cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
13074749    Spiegel,   Po Box 659705,    Columbus, OH 43218
13074750   +Student Loan Mkt Assn,    2000 Bluffs Dr,    Lawrence, KS 66044-1776
13074751   +Target N.B.,    Po Box 673,    Minneapolis, MN 55440-0673
13074733  ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: Homeq,    P.O. Box 13716,    Sacramento, CA 95853)
13074752   +Wells Fargo,    711 West Broadway,    Tempe, AZ 85282-1218
13074753   +Wfnnb/Avenue,    Po Box 29185,    Shawnee Missio, KS 66201-9185
13074754   +Wfnnb/Chadwk,    Po Box 182746,    Columbus, OH 43218-2746
13074755   +Wfnnb/Nyco,    Po Box 182122,    Columbus, OH 43218-2122
13074756   +Wfnnb/Vcf/Rt,    Po Box 182273 - Wf,    Columbus, OH 43218-2273
```

The following entities were noticed by electronic transmission on Oct 21, 2010.
```
14253312     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2010 02:41:03
             AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248838,    Oklahoma City, OK  73124-8838
13074720    +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:16     Carecrd/Gemb,    Po Box 981439,
             El Paso, TX 79998-1439
13074728    +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15     Empire/Gemb,    Po Box 981439,
             El Paso, TX 79998-1439
13074730    +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:15     Gemb/Jcp,    Po Box 981402,
             El Paso, TX 79998-1402
13074731    +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:16     Gemb/Sams,    Po Box 981400,
             El Paso, TX 79998-1400
14615307    +E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2010 02:46:16
             Recovery Management Systems Corporation,    For GE Money Bank,    dba EMPIRE/GEMB,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14615269    +E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2010 02:46:16
             Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14319440     E-mail/PDF: BNCEmails@blinellc.com Oct 22 2010 02:42:43     Roundup Funding, LLC,    MS 550,
             PO Box 91121,    Seattle, WA 98111-9221
13074748    +E-mail/Text: bkr@cardworks.com                            Spiegel,    101 Crossway Park West,
             Woodbury, NY 11797-2020
                                                                                              TOTAL: 9
```

```
District/off: 0752-1              User: wepps                 Page 2 of 2                  Date Rcvd: Oct 21, 2010
Case: 09-01777                    Form ID: pdf006             Total Noticed: 57

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14636772*     +Chicago  Patrolmen's Federal Credit Union,   1407 W.Washington Blvd.,   Chicago, IL 60607-1820
14636790*     +Chicago Patrolmen's Federal Credit Union,    1407 W. Washington Blvd.,  Chicago, IL 60607-1820
                                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2010**                    **Signature:**    _Joseph Speetjens_