UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| DAVIDSON, SUZETTE | § § | Case No. 09-01777 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___ . The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/BARRY A. CHATZ _____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 |  |  |  |  |  |
|  | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Homeq P.O. Box 13716 Sacramento, CA 95853 | | | | | |
| 000009 | CHICAGO PATROLMEN'S FEDERAL CREDIT | | | | | |
| 000011 | CHICAGO PATROLMEN'S FEDERAL CREDIT | | | | | |
| 000013 | CHICAGO PATROLMEN'S FEDERAL CREDIT | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| GREGORY K. STERN | | | | | |
| GREGORY K. STERN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Action/Utb Pob 105555 Atlanta, GA 30348 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Action/Utb Pob 105555 Atlanta, GA 30348 | | | | | |
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Ashleystewar Po Box 182273 Northglenn, CO 80233 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Pob 30281 Salt Lake City, UT 84130 | | | | | |
| | Cap One Pob 30281 Salt Lake City, UT 84130 | | | | | |
| | Carecrd/Gemb Po Box 981439 El Paso, TX 79998 | | | | | |
| | Chase Bank One Card Serv Westerville, OH 43081 | | | | | |
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Chgopatrl Cu 1359 W Washington Chicago, IL 60607 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chicago Patrolmans Fcu 1359 W Washington Blvd Chicago, IL 60607 |  |  |  |  |  |
|  | Chicago Patrolmans Fcu 1359 W Washington Blvd Chicago, IL 60607 |  |  |  |  |  |
|  | Chicago Patrolmans Fcu 1359 W Washington Blvd Chicago, IL 60607 |  |  |  |  |  |
|  | Cit Bank/Dfs One Dell Way Round Rock, TX 78682 |  |  |  |  |  |
|  | Citi-Shell Po Box 6497 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Dsnb Macys 3039 Cornwallis Rd Durham, NC 27709 |  |  |  |  |  |
|  | Dsnb Macys 3039 Cornwallis Rd Durham, NC 27709 |  |  |  |  |  |
|  | Empire/Gemb Po Box 981439 El Paso, TX 79998 |  |  |  |  |  |
|  | Fashion Bug Po Box 84073 Columbus, GA 31908 |  |  |  |  |  |
|  | Gemb/Jcp Po Box 981402 El Paso, TX 79998 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/Sams Po Box 981400 El Paso, TX 79998 | | | | | |
| | Harris & Harris Ltd 600 W Jackson Blvd Ste 4 Chicago, IL 60661 | | | | | |
| | Hsbc Bank Po Box 19360 Portland, OR 97280 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/Carsn Pob 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/Harlm 2700 Sanders Rd Prospect Heights, IL 60070 | | | | | |
| | Hsbc/Rs 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | Lane Bryant 450 Winks Lane Bensalem, PA 19020 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lane Bryant Po Box 182121 Columbus, OH 43218 | | | | | |
| | Newport News Po Box 659705 Columbus, OH 43218 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |
| | Peoples Engy 130 E Randolph Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Providian Financial Po Box 9180 Pleasanton, CA 94566 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |
| | Sears/Cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Spiegel 101 Crossway Park West Woodbury, NY 11797 | | | | | |
| | Spiegel Po Box 659705 Columbus, OH 43218 | | | | | |
| | Student Loan Mkt Assn 2000 Bluffs Dr Lawrence, KS 66044 | | | | | |
| | Target N.B. Po Box 673 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo 711 West Broadway Tempe, AZ 85282 | | | | | |
| | Wfnnb/Avenue Po Box 29185 Shawnee Missio, KS 66201 | | | | | |
| | Wfnnb/Chadwk Po Box 182746 Columbus, OH 43218 | | | | | |
| | Wfnnb/Nyco Po Box 182122 Columbus, OH 43218 | | | | | |
| | Wfnnb/Vcf/Rt Po Box 182273 - Wf Columbus, OH 43218 | | | | | |
| 000006 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000010 | CHICAGO PATROLMEN'S FEDERAL CREDIT | | | | | |
| 000012 | CHICAGO PATROLMEN'S FEDERAL CREDIT | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000008 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000004 | ROUNDUP FUNDING, LLC | | | | | |
| 000003 | ROUNDUP FUNDING, LLC | | | | | |
| 000002 | SPIRIT OF AMERICA NATIONAL BANK/LAN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-01777 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DAVIDSON, SUZETTE | | | | Date Filed (f) or Converted (c): | 01/22/09 (f) |
| | | | | | 341(a) Meeting Date: | 03/02/09 |
| For Period Ending: | 12/31/11 | | | | Claims Bar Date: | 10/30/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 7154 S. FRANCISCO, CHICAGO IL | 220,000.00 | 14,265.00 | DA | 0.00 | FA |
| 2. 1956 S. HAMLIN CHICAGO, IL 60623 | 250,000.00 | 25,211.00 | DA | 0.00 | FA |
| 3. CHICAGO PATROLMAN'S CREDIT UNION ACCOUNT ENDING IN | 400.00 | Unknown | DA | 0.00 | FA |
| 4. MISCELLANOUS HOUSEHOLD FURNISHINGS | 1,000.00 | Unknown | DA | 0.00 | FA |
| 5. MISCELLANOUS BOOKS AND PICTURES | 0.00 | Unknown | DA | 0.00 | FA |
| 6. EVERYDAY CLOTHING | 1,000.00 | Unknown | DA | 0.00 | FA |
| 7. SERVICE REVOLVER | 300.00 | Unknown | DA | 0.00 | FA |
| 8. TERM LIFE INSURANCE POLICY NO CASH SURRENDER VALUE | 0.00 | Unknown | DA | 0.00 | FA |
| 9. PENSION | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 10. TAX REFUND | 2,600.00 | 2,600.00 | DA | 6,916.50 | FA |
| 11. 2005 JEEP CHEROKEE 50 K MILES | 13,425.00 | 13,425.00 | DA | 0.00 | FA |
| 12. 1995 DODGE STEALTH 70,000 MILES ENGINE IS BROKEN, | 500.00 | 500.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 2.01 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $499,225.00   $66,001.00   $6,918.51   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

WAITING FOR ALL DISTRIBUTION CHECKS TO CLEAR; PREPARE AND FILE FINAL ACCOUNT.

Initial Projected Date of Final Report (TFR): 09/30/09   Current Projected Date of Final Report (TFR): 10/31/10

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Ver: 16.01c

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-01777 -PSH | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | DAVIDSON, SUZETTE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9955 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5128 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/20/09 | 10 | Debra V. Levine<br>c/o Suzette Davidson<br>53 W. Jackson Boulevard<br>Suite 404<br>Chicago, IL 60606 | TAX REFUND | 1124-000 | 5,936.05 | | 5,936.05 |
| 07/20/09 | 10 | Debra V. Levine<br>c/o Suzette Davidson<br>53 West Jackson Boulevard<br>Suite 909<br>Chicago, IL 60604 | TAX REFUND | 1124-000 | 100.95 | | 6,037.00 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 6,037.04 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,037.19 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,037.34 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,037.49 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,037.64 |
| 12/15/09 | 10 | DVL LAW OFFICES, LLC<br>(F/B/O SUZETTE DAVIDSON) | TAX REFUND | 1124-000 | 100.00 | | 6,137.64 |
| 12/30/09 | 10 | SUZETTE C. DAVIDSON | TAX REFUND | 1124-000 | 100.00 | | 6,237.64 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,237.79 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,237.95 |
| 02/11/10 | 10 | SUZETTE DAVIDSON | TAX REFUND | 1124-000 | 100.00 | | 6,337.95 |
| 02/12/10 | 000301 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 6.10 | 6,331.85 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,331.99 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,332.15 |
| 04/29/10 | | Transfer to Acct #*******6456 | Bank Funds Transfer | 9999-000 | | 1,753.46 | 4,578.69 |

Page Subtotals 6,338.25 1,759.56

Ver: 16.01c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01777 -PSH | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DAVIDSON, SUZETTE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9955 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5128 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 4,578.84 |
| | 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,578.96 |
| | 06/07/10 | 10 | SUZETTE C. DAVIDSON 7154 SOUTH FRANCISCO AVENUE CHICAGO, IL 60629-30036 | TAX REFUND | 1124-000 | 100.00 | | 4,678.96 |
| | 06/21/10 | 10 | SUZETTE DAVIDSON 7154 SOUTH FRANCISCO AVENUE CHICAGO, IL 60629 | TAX REFUND | 1124-000 | 150.00 | | 4,828.96 |
| | 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,829.08 |
| | 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,829.20 |
| | 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 4,829.33 |
| | 09/01/10 | 10 | SUZETTE C. DAVIDSON 7154 S. FRANCISCO AVENUE CHICAGO, IL 60629 | TAX REFUND | 1124-000 | 150.00 | | 4,979.33 |
| | 09/27/10 | 10 | SUZETTE DAVIDSON 7154 SOUTH FRANCISCO AVENUE CHICAGO, IL 60629-3036 | TAX REFUND | 1124-000 | 79.50 | | 5,058.83 |
| * | 09/29/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-003 | 0.11 | | 5,058.94 |
| | 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,059.06 |
| * | 10/01/10 | INT | Reverses Interest on 09/29/10 | INTEREST REC'D FROM BANK CORRECT DOUBLE POSTING OF SEPTEMBER 2010 INTEREST | 1270-003 | -0.11 | | 5,058.95 |
| | 10/01/10 | | Transfer to Acct #*******6456 | Final Posting Transfer | 9999-000 | | 5,058.95 | 0.00 |

Page Subtotals 480.26 5,058.95

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 16)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01777 -PSH | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | DAVIDSON, SUZETTE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9955 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5128 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,818.51 | 6,818.51 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,812.41 | |
| | | | Subtotal | | 6,818.51 | 6.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,818.51 | 6.10 | |

Page Subtotals  0.00  0.00

Ver: 16.01c

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01777 -PSH | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | DAVIDSON, SUZETTE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6456 BofA - Checking Account |
| Taxpayer ID No: | *******5128 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/29/10 | | Transfer from Acct #*******9955 | Bank Funds Transfer | 9999-000 | 1,753.46 | | 1,753.46 |
| 04/29/10 | 003001 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE<br>PURSUANT TO 4/27/2010 COURT ORDER | 3210-000 | | 1,751.00 | 2.46 |
| 04/29/10 | 003002 | GREGORY K. STERN<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60605 | ATTORNEY FOR TRUSTEE<br>PURSUANT TO 4/27/2010 COURT ORDER | 3220-000 | | 2.46 | 0.00 |
| 10/01/10 | | Transfer from Acct #*******9955 | Transfer In From MMA Account | 9999-000 | 5,058.95 | | 5,058.95 |
| 11/30/10 | 003003 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,431.85 | 3,627.10 |
| 11/30/10 | 003004 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 44.76 | 3,582.34 |
| 11/30/10 | 003005 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000001, Payment 17.41698% | 7100-000 | | 236.50 | 3,345.84 |
| 11/30/10 | 003006 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT<br>FIRST EXPRESS<br>PO BOX 856132<br>LOUISVILLE, KY 40285-6132 | Claim 000002, Payment 17.41742% | 7100-000 | | 218.62 | 3,127.22 |
| 11/30/10 | 003007 | Roundup Funding, LLC<br>MS 550 | Claim 000003, Payment 17.41722% | 7100-000 | | 160.74 | 2,966.48 |

Page Subtotals 6,812.41 3,845.93

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 2    Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD    Exhibit 9

| Case No: | 09-01777 -PSH | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DAVIDSON, SUZETTE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6456 BofA - Checking Account |
| Taxpayer ID No: | *******5128 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/10 | 003008 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000004, Payment 17.41933% | 7100-000 | | 41.08 | 2,925.40 |
| 11/30/10 | 003009 | PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>Po Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 17.41752% | 7100-000 | | 100.52 | 2,824.88 |
| 11/30/10 | 003010 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000006, Payment 17.41731% | 7100-000 | | 396.00 | 2,428.88 |
| 11/30/10 | 003011 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000007, Payment 17.41761% | 7100-000 | | 331.91 | 2,096.97 |
| 11/30/10 | 003012 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba EMPIRE/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000008, Payment 17.41709% | 7100-000 | | 335.03 | 1,761.94 |
| 11/30/10 | 003013 | Chicago Patrolmen's Federal Credit Union<br>1407 W.Washington Blvd.<br>Chicago, IL 60607 | Claim 000010, Payment 17.41733% | 7100-000 | | 1,676.11 | 85.83 |
| 11/30/10 | 003014 | Chicago Patrolmen's Federal Credit Union<br>1407 W.Washington Blvd.<br>Chicago, IL 60607 | Claim 000012, Payment 17.41786% | 7100-000 | | 85.83 | 0.00 |

Page Subtotals    0.00    2,966.48

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-01777 -PSH | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DAVIDSON, SUZETTE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6456 BofA - Checking Account |
| Taxpayer ID No: | *******5128 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 6,812.41 | 6,812.41 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,812.41 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,812.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,812.41 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********9955 | 6,818.51 | 6.10 | 0.00 |
| BofA - Checking Account - ********6456 | 0.00 | 6,812.41 | 0.00 |
| | ------------------- | ------------------- | ------------------- |
| | 6,818.51 | 6,818.51 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account<br>Transfers) | (Excludes Payments<br>To Debtors) | Total Funds<br>On Hand |

Page Subtotals     0.00     0.00

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*